AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN  DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

**WAIVER OF INDICTMENT**

v.

GUILLERMO OLVERA-ESCOBAR

CASE NUMBER: 08cr1098-W

 

I, GUILLERMO OLVERA-ESCOBAR, the above named defendant, who is accused of

committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 -
Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on _April 10, 2008_ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

_Guillermo Olvera O._
Defendant

_Vint Py_
Counsel for Defendant

Before _____
JUDICIAL OFFICER



FILED

APR 1 0 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY